## STATE v. LEMUEL PARROTT.

(Filed 14 April, 1948.)

MOTION by State to docket case, affirm judgment and dismiss appeal.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*

STACY, C. J. Following denial of application for *certiorari,* and on the record proper already filed herein, the Attorney-General moves to docket the case, affirm the judgment and dismiss the appeal. For the reasons stated in denying defendant's application for *certiorari,* the present motion will be allowed.

Judgment affirmed;

Appeal dismissed.